IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STEVEN BAKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

Case No. CIV-07-138-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On July 15, 2008, Magistrate Judge West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 12th day of August, 2008.

**Dated this 12th Day of August 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma