IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STEVEN BAKER,
        Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,
        Defendant.

Case No. 07-CIV-138-RAW

## ORDER

Before the Court is the Plaintiff's Application for Attorney Fees and Expenses [Docket No. 17]. On August 12, 2008, this Court rendered a final judgment remanding the Plaintiff's case for further proceedings. The Defendant has filed a Stipulation, stating that the parties have agreed that Plaintiff should be compensated a certain amount for attorney fees and costs [Docket No. 18].

Therefore, it is the Order of the Court that the Plaintiff be GRANTED reasonable attorney's fees in the amount of **$2,710.60** for services rendered pursuant to 28 U.S.C. §2412(d). Additionally, **$350.00** will be reimbursed to the Plaintiff for costs.

**ORDERED THIS 20th DAY OF OCTOBER, 2008.**

**Dated this 20th Day of October 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma